UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY ZEID, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>FANDANGO MEDIA, LLC<br><br>                    Defendant. | Case No.: 1:25-cv-04763-JHR<br><br>Hon. Jennifer H. Rearden |

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT FANDANGO MEDIA, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff Stacy Zeid ("Plaintiff"), through her undersigned counsel, will and hereby does move the Court for an order granting Plaintiff leave to file a sur-reply to Defendant Fandango Media, LLC ("Defendant")'s Motion to Dismiss Plaintiff's Class Action Complaint to address a new argument and a new case raised by Defendant in its Reply to Plaintiff's Opposition to Motion to Dismiss. This Motion is based on the accompanying memorandum of law, the attachment thereto, and any other material this Court may choose to take judicial notice of and consider.

Dated: September 26, 2025

Respectfully submitted,

VOZZOLO LLC

By: /s/ Antonio Vozzolo

Antonio Vozzolo
Andrea Clisura
499 Route 304
New City, New York 10956
Telephone: (201) 630-8820

---

Plaintiff's motion for leave to file a sur-reply, ECF No. 20, and Defendant's request for leave to respond, ECF No. 22, are granted. No additional briefing on Defendant's motion to dismiss will be accepted. Defendant shall file its response to the sur-reply at ECF No. 21-1 by **October 17, 2025**.

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: October 10, 2025

1

Email: avozzolo@vozzolo.com
       aclisura@vozzolo.com

- and -

345 Route 17 South
Upper Saddle River, NJ 07458
Telephone: (201) 630-8820

Kenneth T. Goldstein
(admitted *Pro Hac Vice*)
Matthew G. Norgard
(admitted *Pro Hac Vice*)
**The Law Office of Kenneth T. Goldstein, PLLC**
20 North Wacker Drive, Suite 1006
Chicago, Illinois 60606
Telephone: (312) 606-0500
Email: ken@krislovlaw.com
       mnorgard@krislovlaw.com

Michael R. Karnuth (*Pro Hac Vice* to be filed)
**The Law Offices of Michael R. Karnuth**
203 N. LaSalle St., Suite 2100
Chicago, Illinois 60601
Telephone: (312) 391-0203
Email: mike@karnuthlaw.com

***Attorneys for Plaintiff and the Proposed Classes***